1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| CATCHPLAY INC. (CAYMAN) and CATCHPLAY INC. (TAIWAN), | CASE NO. CV 12-07525 GW (JCx) |
| Plaintiffs, | **JOINT PRELIMINARY INJUNCTION** |
| vs. | Judge: Hon. George H. Wu |
| STUDIO SOLUTIONS GROUP, INC. and JOHNNY LIN, | Complaint Filed: August 31, 2012 |
| Defendants. | |

LA 130,528,836  v 1

Plaintiffs CatchPlay Inc. (Cayman) and CatchPlay Inc. (Taiwan) (collectively "Plaintiffs" or "CatchPlay") have moved for a Preliminary Injunction (the "Motion") pursuant to Rule 65 of the Federal Rules of Civil Procedure and Rule 65-1 of the Local Rules of this Court against Defendants Studio Solutions Group, Inc. ("SSG") and Johnny Lin ("Lin") (collectively, "Defendants").  The Court, having reviewed the supporting and opposing briefs, declarations and exhibits submitted by the parties, and having conducted a hearing on October 11, 2012 and October 15, 2012, finds as follows:

(1)     CatchPlay is likely to prevail on the merits of its declaratory relief and breach of contract claims against SSG;

(2)     CatchPlay will likely establish that SSG has no basis to terminate CatchPlay's Taiwanese distribution rights in the audiovisual works that are the subject of written agreements between CatchPlay and SSG;

(3)     CatchPlay has established that it will suffer irreparable harm if the injunction does not issue because the audiovisual works are unique and CatchPlay will suffer damage to its reputation, goodwill and commercial relationships;

(4)     CatchPlay's harm from the denial of the requested relief would outweigh any potential harm to Defendants' legitimate interests from granting this Order; and

(5)     A preliminary injunction would be in the public interest given the amounts Plaintiffs have already paid for the works, the distribution agreements they already have in place and/or have planned and the fact that the continued distribution would inure to the benefit of both the studios/producers and the Taiwanese viewing public.

**THEREFORE, IT IS ORDERED THAT,** during the pendency of this action and until further Order from the Court, Defendants and their officers, agents, servants, employees, attorneys, confederates, and all persons who are in active concert or participation with them are enjoined from:

(a)     purporting to terminate and/or terminating any of CatchPlay's rights to distribute, exploit and/or release in Taiwan the approximately 945 audiovisual works

1

listed alphabetically on Schedule A and by licensor on Schedule B (the "Audiovisual Works");[1]

(b)     interfering in any way with the rights granted to CatchPlay in the written agreements with SSG for each of the Audiovisual Works, provided that CatchPlay complies with its material obligations under those agreements.  During the pendency of this action, the parties shall not alter their respective rights and obligations under those agreements and, in the event of any dispute regarding the performance of any material obligations under those agreements, either party may file, upon providing one day notice to the opposing party, an *ex parte* application with the Court to address the issue(s) in dispute.  Moreover, if a party fails to cooperate pursuant to the terms of this Preliminary Injunction, the other party may file, upon providing one day notice to the opposing party, an *ex parte* application with the Court to address the issue(s) in dispute;

(c)     relicensing to any third parties any of the Audiovisual Works before the Court has fully adjudicated the rights and obligations of the parties.

(d)     Plaintiffs shall provide security in the amount of $600,000 for the payment of such costs and damages as may be sustained by Defendants if they are ultimately found to have been wrongfully enjoined.


IT IS SO ORDERED.


DATE: October 19, 2012

_____
Hon. George H. Wu
United States District Judge

_____

[1] For clarification, this Preliminary Injunction does not apply to the audiovisual works, *Dredd 3D*, *Looper* and *Lawless*, which have been omitted from the attached schedules.

2

## Schedule A[2]

10 Items or Less
187
200 Cigarettes
2001 Maniacs
2010 Ice Age
2010: Moby Dick
22 Bullets
288 Arletta Street
3 Idiots
30 Days Until I'm Famous
44 Inch Chest
51
54
6 x Bollywood Movies_1[3]
6 x Bollywood Movies_2
6 x Bollywood Movies_3
6 x Bollywood Movies_4
6 x Bollywood Movies_5
6 x Bollywood Movies_6
88 Minutes
A Dangerous Man
A Friend of the Family
Aashayein
Abandoned
Abduction
About Adam
Adeline
Adventureland

---

[2] The titles listed are as referenced in the written agreements between CatchPlay and SSG and are being provided for purposes of this Preliminary Injunction.  This list is not intended by CatchPlay to be a comprehensive list of the titles at issue in this action. Moreover, as some of these works have not yet been delivered or made, the titles to the works are subject to change by the producers.

[3] Defendants have agreed to provide the titles for the Bollywood Movies library. CatchPlay will seek leave to amend this Preliminary Injunction once the titles are provided by Defendants.

Adventures of Tom Thumb and Thumbelina
Africa United
After Life
Agora
Alatriste
Albert Nobbs
All Good Things
All Hat
Almighty Thor
Alpha and Omega
Altitude
American Cousins
Amityville Horror
Amityville II
Amityville III
Amores Perros
An Ideal Husband
An Invisible Sign
And Soon the Darkness
And Soon The Darkness
Anything Else
Apollo 18
Arabian Knight (Thief and the cobbler)
Arbitrage
Arlington Road
ATM
Attraction
Autumn In New York
Avalon
B.Monkey
B-13
Backstage
Bad Lieutenant
Balls Out
Bandslam
Bangkok 8
Barney's Version
Barria
Basquiat
Baster
Battle Of Los Angeles
Battle Of Shaker Heights

4

1  Be Kind Rewind
   Beastly
2  Beautiful Girls
3  Beer for My Horses
   Behind The Sun
4  Bel Ami
5  Below
   Beyond A Reasonable Doubt
6  Beyond The Sea
7  Bff and Baby
   B-Girl
8  Big Fan
9  Big Fat Important Movie
   Big One
10 Bionicle 2: Legends of Metru Nui
11 Bionicle 3: Web of Shadows
   Birds Of America
12 Birthday Girl
13 Bitch Slap
   Bitter Feast
14 Black Dynamite
15 Black Moon Rising
   Blackball
16 Blank Slate
17 Bless the Child (Available 2013)
   Blink
18 Blitz
19 Blood Guts Bullets and Octain
   Blue Car
20 Blue In The Face
21 Blue Steel
   Boogieman 3
22 Book of Shadows : Blair Witch II
23 Bootcamp
   Born to Raise Hell
24 Botched
25 Bottle Shock
   Bounce
26 Boy In The Striped Pajamas
27 Boys And Girls (Dimension Films)
   Bratz
28 Bright Star

LA 130,528,836  v 1

Brooklyn Rules
Brooklyn's Finest
Brothers Grimm
Buffalo 66
Bullet
Bullets Over Broadway
Bunraku
Buried Alive
Burning Plain
Bustin' Down the Door
Butter
Cabin Fever 2
Caffeine
Caged
Carlos
Carriers
Castle
Catch 44
Catfish
Celebrity
Center of the World
Centurion
Ceremony
Charlie Countryman
Chasing Amy
Chicago
Children Of  The Corn 666: Isaac's Return
Children Of  The Corn IV: The Gathering
Children Of  The Corn V: Fields Of Terror
Children Of  The Corn VII: Revelation
Children Of Heaven
Children Of The Corn
Children Of The Corn Ii
Children Of The Corn Iii
Chloe
Chocolat
Chronicles of Riddick
Cider House Rules
Citizen Ruth
City Island
Class of 1999
Cleaner

6

Clerks
Clerks (Series)
Clerks (YR 1 1999/00 EPS 1-6)
Cobu 3D
Cold Mountain
College
Columbiana
Come Early Morning
Comedian
Comic Book Villains
Committed
Conan
Confess
Confessions Of a Dangerous Mind
Conviction
Cop land
Cord
Coriolanus
COSI
Cosmopolis
Crank
Crank 2
Crash (TV Series)
Crash Season 2
Creepshow 2
Crime Insiders
Crimes of Passion
Cross Fire
Crossing Guard
Crossworlds
Crow2, The City of Angles
Crude Oasis
Cube
Cube 2
Curandero
Curdled
Curse of the Jade Scorpion
Cursed
Daddy and Them
Daltry Calhoun
Dan in Real Life
Dare

1   Dark Matter
    Dark Seduction
2   Dark Side
3   Darling Companion
    Day of the Dead
4   Dead and Gone
5   Dead Heat
    Dead Heist
6   Deadfall
7   Dear Frankie
    Dear John
8   Dear John
9   Death Proof
    Deconstructing Harry
10   Deep Blue Sea
11   Deep In The Valley
    Delta Farce
12   Dentist
13   Dentist 2
    Detroit 9000
14   Devil's Teeth
15   Dibbuk Box
    Dirty Dancing
16   Dirty Dancing:Havana Nights (Dirty Dancing2)
17   Dirty Pretty Things
    Don't Be A Menace To South Central While Drinking Your Juice In The Hood
18   Don't Be Afraid of The Dark
19   Don't Look Up
    Double Whammy
20   Doubt
21   Down To You
    Drag Me to Hell
22   Dream Me A Murder
23   Drive
    Drive Angry 3D
24   DrunkenTai Chi
25   Dune
26   Duplex
    Dying Breed
27   Eagle of the Ninth
28   Eastern Promises
    Edge of Darkness

8

Education of Charlie Banks
Electric Mist
Elektra Luxx
Elephant Juice
Elite Squad
Elite Squad 2
Ella Enchanted
Emergo
Emma
Employee of the month
Enders Game
English Patient
Englishman Who Went Up A Hall,But Came Down..
Equilibrium
Esposados
Everest
Everybody's Fine
Everyone Says I Love You
Everything Must Go
Exodus
Expandable
Expendables 2
Extreme Movie
Face in The Crowd
Facing Ali
Factory
Factory Girl
Faculty (Dimension)
Fairy Tale: A True Story
Faithful
Fall Down Dead
FATWA
Fear Itself (TV Series)
Feast
Feast 2
Feast 3
Federal Hill
Female Agents
Female Perversions
Fertile Ground
Fido
Final Encounter (For The Cause)

9

LA 130,528,836  v 1

Finding Neverland
Fingerprints
Fire and Water
Five Fingers
Flashback of a Fool
Flirting With Disaster
For Colored Girls
Four Feathers
Four Rooms
Frank Miller's Sin City:Recut, Extended,Unrated
Frankenstein
Fresh
Frida
From Dusk Till Dawn
From Dusk Till Dawn 2: Texas Blood Money
From Dusk Till Dawn 3: Hangman's Daughter
From Paris With Love
Frozen
Full Frontal
Full Tilt Boogie
Gambit
Game 6
Game of Death
Generation Um
Get Bruce!
Get Over It
Ghost Writer
Gift
Girl in the Park
Girlfriend Experience
Girls Just Wanna Have Fun
Glory Days (Series)
God Said,Ha!
Going All The Way
Gone Baby Gone
Good
Good Guy
Good Old Fashioned Orgy
Good Will Hunting
Gordy
Grace is Gone
Grand Theft Parsons

Great Debater
Great Raid
Greenburg
Grudge 3
Halflight
Halloween 2
Halloween II
Halloween III: Season of the Witch
Halloween VI: The Curse Of Michael Meyers
Halloween: H20
Halloween: Resurrection (Halloween 8)
Hamburger Hill
Hamlet
Hamlet
Hamlet (2000, Miramax)
Happily Never After 2
Happy,Texas
Hard Candy
Hard Day's Night
Hatchet 2
Haunting Of Winchester House 3D
Hav Plenty
Haven (2001)
Haywire
Head Shot
Heartlands
Heat Island
Heathers
Heaven (1999)
Heaven (2002)
Heavenly Creatures
Hell Ride
Hellraiser
Hellraiser 1
Hellraiser 2
Hellraiser 3
Hellraiser V: Inferno
Hellraiser VI: Hellseeker
Hellraiser VII: Deader
Hellraiser VIII: Hellworld
Henry's Crime
Hidden Palms

Highlander: Endgame ( Highlander 4)
Hollywood Ending
Hollywoodland
Holy Smoke
Hong Kong 97
Host House
Hot Tub library title_1[4]
Hot Tub library title_2
Hot Tub library title_3
Hot Tub library title_4
Hot Tub library title_5
Hot Tub with 5 library titles
Hours
House at the End of the Street
How I Spend My Summer Vacation
How to Rob a Bank
Human Stain
Hunger
Hunger Games
Hungry Rabbit Jump
Husk
I Come with the Rain
I Don't Know How She Does It
I Got The Hook-Up
I Love You Too
 I Spit On Your Grave
Iceman
I'm Crazy About Iris Blond
Imagining Argentina
Immortal Beloved
Immortals
Impostor
In Their Sleep
In Too Deep
Infestation
Inside Ring
Insidious

---

[4] Defendants have agreed to provide the titles for the Hot Tub library.  CatchPlay will seek leave to amend this Preliminary Injunction once the titles are provided by Defendants.

LA 130,528,836  v 1

Into The Sun
Into the West
Inventory
Invincible (2001)
Iron Lady
Isolation
Jack
Jack and Jill vs.the world
Jackie Brown
Jane Eyre
Jay And Silent Bob Strike Back
JCVD
Jersey Girl
Jesus Henry Christ
Joneses
Journey Of August King
Journey To The Center Of The Earth
Journey to the End of the Night
Just A Kiss
Just Another Girl On The I.R.T
K2
Kane and Lynch
Kate And Leopold
Keeper
Keeping Up With The Steins
Kick Ass
KickBoxer
Kill Bill:Volume 1
Kill Bill:Volume 2
Kill Point (TV Series)
Kill theory
Killer Joe
Killers
killing Down
Killing Me Softly
King James Bible
King's Speech
Kinky Boots
Kites
Kites: Brett Ratner Remix
Kokoda
Kolya

13

1   La Seconda Moglie
    Larger Than Life
2   Larry Crowne
3   Last Days of American Crime
    Last Flight
4   Leaves of Grass
5   Leprechaun 1
    Leprechaun 2
6   Leprechaun 3
7   Leprechaun 4
    Leprechaun 5
8   Liberty Stands Still
9   Lie Down With Dogs
    Lies and Illusions
10  Life
11  Life Before Her Eyes
    Life Is Beautiful-1998 ( La Vita E Bella)
12  Life With Judy Garland: Me And My Shadows
13  Limitless
    Lincoln Lawyer
14  Liquid Bridge
15  Little Fish
    Little Voice ( Rise And Fall)
16  Little White Lies
17  Living and Dying
    Living Hell
18  Lock Down
19  LOL
20  London Blvd
    Long Weekend
21  Lookout
22  Lords of Salem
    Love & A .45
23  Love and Other Pursuits
24  Love Crime
    Lucky Ones
25  Macbeth
26  Machine Gun Preacher
    Mad Men Season 1 (TV Series)
27  Mad Men Season 2 (TV Series)
28  Mad Men Season 3
    Mad Men Season 4

14

Made
Make it Happen
Malena
Mammoth
Man Who Stare At Goats
Management
Manny & Lo
Mansfield Park
Marie and Bruce
Married in a Year
Marvel 5-8
Marvin's Room
Mechanic
Medallion
Meet Bill
Mega Python And Gatoraid
Mega Shark VS Crocosaurus
Men VS. Woman ( Maschi Contro Femme)
Mercy
Messenger 2
Micmacs
Middle Of Nowhere
Mighty
Mighty Aphrodite
Mimic
Mimic ( Director's Cut)
Mimic 2
Mimic: Sentinel
Miral
Missing in America
Monster
Monsters
Monster's Ball
Month By The Lake
Monther's Boys
Moonrise Kingdom
More Than A Game
Mother and Child
Motherhood
Mothman Prophesies
Mr. Brooks
Mr. Nobody

15

Mrs. Brown
Mrs. Parker And The Vicious Circle
Murder In Mind
Music Of The Heart (50 Violins)
Musicality
My Baby's Daddy
My Boss's Daughter (Guest)
My Family
My Life So Far
My Name Is Bruce
My Name Is Modesty
My One and Only
My Own Love Song
My Soul to Take
My Week With Marilyn
My Worst Nightmare
Naqoyqatsi
Neon Bible
Neverwas
New France/ Battle of the Brave
Next 3 Days
Next Best Thing
Next Stop Wonderland
Night Eye 1
Night Eye 2
Night We never Met
Nightwatch
Nine Lives and the Secret
Ninja
Ninth Gate
Norma Jean and Marilyn
Nothing Like the Holidays
Novocaine
Nowhere to Hide
Nurse Jackie Season 1
Nurse Jackie Season 2
Nurse Jackie Season 3
O (Othello)
Oceans
Office Killer
OI! Get Off Our Train
On The Line

LA 130,528,836  v 1

Once Fallen
Ondine
One for the Money
One Tough Bastard
Only The Strong Survive
Open Graves
Open Road
Opposite Sex
Oranges
Osbournes,The- Season 2.5
Osbournes,The-The First Season (Censored Box Set)
Osbournes,The-The First Season (Uncensored Box Set)
Osbournes,The-The Second Season (Box Set)
Outside Providence
Over Her Dead Body
Ovosodo
Paid In Full
Pallbearer
Pandorum
Paperhouse
Paperman
Paranormal Activities
Paranormal Activity 2 Tokyo Nights
Paranormal Entity
Paranormal Entity 2
Parker
Passengers
Passion Of Mind
Passion Play
Paul Mccartney: The Music&Animation Collection
Pawn Shop
Pay off 1
Pay off 2
Peacock
Perfect Creatures
Permanent Midnight
Personal Effects
Phantoms
Philadelphia Experiment
Phoenix
Pi
Picture Bride

17

219ed3feae148f5a

Pinero
Pinocchio(2002 Miramax)
Plague Town
Planet Terror
Playing The Field
Pope Joan
Postdamer Platz
Price Above Rubies
Pride
Princess Bride
Prisoner of Love
Project Greenlight (Series)
Project Runway (YR 1 2004/05 EPS1-11)
Promised Land
Promotion
Proof
Prophecy 3:The Ascent
Prophecy 4 ( Prophecy: Uprising)
Prophecy 5 : Forsaken
Prophecy II (Ashtown)
Protection
Prowl
Pulp Fiction
Pulse 2
Pulse 3
Rabbit Hole
Ragtime
Rampage
Rampart
Raven
Raymond Briggs: Bear
Ready To Wear
Real Blonde
Reasonable Bunch
Recoil
Red
Red Dawn
Red Letters
Red Sonja
Red State
Reel Paradise
Reindeer Games (Deception)

Re-Kill
Requiem for a Dream
Reservoir Dogs
Restoration
Return of the Living Dead III
Revolver
Rhapsody in August
Rhyme & Reason
Riddle
Ride
Right at your door
Ripley Under Ground
Rites Of Passage
Robinson Crusoe (Daniel Defoe's)
Robosapien
Romance & Cigarettes
Romulus,My Father
Rosewood
Round Up
Rounders
Rums Diary
Runaway Bride
Ruslin
Safe
Salmon Fishing in The Yemen
Sarah's Key
SAW
Scary Movie
Scary Movie 2
Scary Movie 3
Scary Movie 3.5 Unrated Version
School For Scoundrels
Scream
Scream 2
Scream 3
Scream 4
Scream Queens
Screaming of the Banshee
Season Of The Witch
Season Of the Witch
Seconds Apart
Secuestro Express

LA 130,528,836  v 1

See No Evil
Senseless
Serendipity
Serious Moonlight
Sex Lies and Death
Shadow of the Vampire
Shadow Run
Shall We Dance? (2004)
Shanghai Kiss
Shaolin Soccer (Kung Fu Soccer/Siu Lam Juk Kau)
She's All That
Shipping News
Shivers
Shrink
Silence
Silent Hill 2/3D
Silent Night, Deadly Night 3: Better Watch Out!
Silent Night, Deadly Night 4: Initiation
Silent Night, Deadly Night 5: The Toy Maker
Silver Linings Playbook
Sin City (Frank Miller's Sin City)
Since You've Been Gone
Single Man
Skinwalkers
Skyline
Sling Blade
Slingshot
Slow Burn
Small Time Crooks
Smart People
Smoke (Miramax)
Snakes and Ladders
Sniper
Snow Flower and The Secret Fan
Snow White
Snowball Effect: The Making Of Clerks
Solstice
Son of No One
Song Of Names
Soul Survivors
Southern Belles
Speakeasy

spread
Spy Kid2: The Island of Lost Dreams
Spy Kids
Spy Kids 3-D: Game Over
Spy Next Door
Squeeze (Robert Patton-Spruill's Squeeze)
St Vincent
Stake Land
Starsky & Hutch
Staten Island
Steel City
Still Breathing
Still Waiting
Stir of Echos
Stirs of Echoes 2: The Homecoming
Stolen Summer
Stone
Stormy Monday
Submarine
Substance Of Fire
Suicide Kings
Superhero
Surveillance
Survival of the Deal
Sweet and Lowdown
Swingers
Switch
Sympathy for delicious
Synecdoche New York
Tadpole
Take
Take This Waltz
Talented Mr.Ripley
Talk Of Angles
Tangled
Task
Teaching Mrs.Tingle
Teardrop
Teenage Paparazzo
Temptest
Ten Year
Texas Chainsaw Massacre 3D

Texas Rangers
The 4th Kind
The Alphabet killer
The American
The Arrival
The Arrival II
The Attic
The Bank Job
The Bay
The Beaver
The Big Picture
The Big Wedding
The Blair Witch Project
The Blood Oranges
The Brave
The Code
The Cold Day Of Light
The Company Men
The Conspirator
The Crazies
The Dead Zone
The Delivery
The Devils Rejects
The Diplomat
The Disappearance Of Alice Creed
The Dresden Files (TV Series)
The Duchess
The End
The Eternal
The Fighter
The Gardener
The Greatest
The House Of The Devil
The Impossible
The Informers
The Last Stand
The Limey
The Lost City
The Lost City
The Lost City of Z
The Loveless
The Mad Monkey

LA 130,528,836  v 1

The Man Without A Face
The Million Dollar Hotel
The New Daughter
The Objective
The Oh in Ohio
The Other Side of the Bed
The Other Woman
The Other Woman
The Paperboy
The Passion of the Christ
The Place Beyond The Pines
The Prince & Me 2: The Royal Wedding
The Prodigy
The Reckoning
The Reef
The Road
The Sick House
The Singing Detective
The Sisters
The Skin That I Inhabit
The Spian X (2003)
The Stage Beauty
The Substitute 1
The Substitute 2
The Substitute 3
The Substitute 4
The Tree of Life
The Tripper
The Ward
The Way of the Gun
There Will Be Blood
Therese D
Things To Do In Denver When You're Dead
This Must Be the Place
Three Amigos
Three Wise Guys
Till There Was You
Titanica
Tooth and Nail
Tormented
Total Recall 2070
Train

Traitor
Transmorphers: Fall Of Man
Transylvania 6-5000
Trauma
Tresor
Trespass
Triangle
True Crime Resale
Trust
Trust
Tuff Turf
Turning Green
U.S vs. John Lennon
Uncertainty
Undead or Alive
Under Suspicion
Under the Same Moon
Underclassman
Unearthed
Universal Soldier 3
Universal Soldier 4 3D
Unthinkable
Until the End of the World
Untitled Dempsey
Untitled Farrelly Comedy
Untitled Seth Rogan
Untitled Terrance Malick
Unzipped
Van Wilder
Vanishing on 7th Street
Venom
vid 1
vid 2
View From The Top
Viola Bacia Tutti
Volcano
W.E.
Waiting
Waking Up In Reno
Walking With Dinosaurs
Wanted Dead Or Alive
Warbirds

24

Warlock 2
Warlock 3
Warrior
Warriors
Washington Square
Wasteland (YR 1 1999/00 EPS 01-13)
Waxwork
We Don't Live Here Anymore
We The Peoples
Werewolf Chronicles
Wes Craven Presents Dracula II: Ascension
Wes Craven Presents Dracula III: Legacy
Wes Craven Presents: Dracula 2000
What Love Is
What Women Want (Available 2013)
When Billie Beat Bobby
While She Was Out
Whip it
White Jazz
Why Did I Get Married
Why Did I Get Married Too
Wide Awake
Wild Man Blues
Wild Target
Wildfire Season 1
Wildfire Season 2
Wildfire Season 3
Wildfire Season 4
Wings Of the Dove
Wishful Thinking
Wishmaster
Wishmaster 2
Witless Protection
Woman in Trouble
Woman VS. Men (Femme Contro Maschi)
Wrinkle In Time
Yards
Yes
Young Guns

25

## Schedule B

| Licensor | Title |
| --- | --- |
| Arclight | Flashback of a Fool |
| Unknown | The Diplomat |
| 2929 International | The Road |
| Affinity | Drive |
| Affinity | Jack |
| Affinity | Beastly |
| Affinity | Middle Of Nowhere |
| Affinity | Come Early Morning |
| Affinity | Slingshot |
| Arclight | Long Weekend |
| Arclight | Altitude |
| Arclight | Heat Island |
| Arclight | Tooth and Nail |
| Arclight | Shanghai Kiss |
| Arclight | The Sisters |
| Arclight | Macbeth |
| Arclight | Brooklyn Rules |
| Arclight | Surveillance |
| Arclight | The Objective |
| Arclight | Romulus,My Father |
| Arclight | How to Rob a Bank |
| Arclight | The Sick House |
| Arclight | The Oh in Ohio |
| Arclight | Dark Side |
| Arclight | Dying Breed |
| Arclight | Kokoda |
| Arclight | Unearthed |
| Arclight | Perfect Creatures |
| Arclight | The Bank Job |
| Asylum | Mega Python And Gatoraid |
| Asylum | Battle Of Los Angeles |
| Asylum | 2010: Moby Dick |
| Asylum | Almighty Thor |
| Asylum | Journey To The Center Of The Earth |
| Asylum | Mega Shark VS Crocosaurus |
| Asylum | Transmorphers: Fall Of Man |
| Asylum | 2010 Ice Age |
| Asylum | Haunting Of Winchester House 3D |

LA 130,528,836  v 1

| | |
|---|---|
| Asylum | Monster |
| Asylum | Paranormal Entity |
| Asylum | Paranormal Entity 2 |
| Cintel | I Spit On Your Grave |
| Crystal Sky | Robosapien |
| Crystal Sky | Bratz |
| Crystal Sky | Werewolf Chronicles |
| Essential | My One and Only |
| Essential | The Informers |
| Essential | Love and Other Pursuits |
| Essential | Big Fat Important Movie |
| Essential | Barney's Version |
| Essential | Good Old Fashioned Orgy |
| Europa | 22 Bullets |
| Europa | Staten Island |
| Europa | From Paris With Love |
| Europa | Revolver |
| Europa | B-13 |
| Europa | Columbiana |
| Europa | Lock Down |
| Europa | The Big Picture |
| Europa | Little White Lies |
| FilmNation | The Ward |
| FilmNation | Frozen |
| FilmNation | Hungry Rabbit Jump |
| FilmNation | Red Dawn |
| FilmNation | King's Speech |
| FilmNation | Joneses |
| FilmNation | Hamlet |
| FilmNation | Burning Plain |
| FilmNation | Ceremony |
| FilmNation | Girlfriend Experience |
| FilmNation | Slow Burn |
| FilmNation | Meet Bill |
| FilmNation | Life Before Her Eyes |
| FilmNation | Yes |
| FilmNation | Balls Out |
| FilmNation | Untitled Terrance Malick |
| FilmNation | Oranges |
| FilmNation | House at the End of the Street |
| FilmNation | I Love You Too |
| FilmNation | The Skin That I Inhabit |

27

| | |
|---|---|
| FilmNation | Raven |
| FilmNation | Gambit |
| Focus | Eastern Promises |
| Focus | Be Kind Rewind |
| Focus | Dan in Real Life |
| Focus | Greenburg |
| Focus | Eagle of the Ninth |
| Focus | The American |
| Focus | The Conspirator |
| Focus | Agora |
| Focus | Moonrise Kingdom |
| Foresight | Universal Soldier 3 |
| Foresight | Beyond A Reasonable Doubt |
| Foresight | Untitled Dempsey |
| Foresight | Universal Soldier 4 3D |
| Foresight | Recoil |
| Gaumont | Last Flight |
| Gaumont | JCVD |
| Gaumont | Round Up |
| GK Film | Edge of Darkness |
| GK Film | London Blvd |
| GK Film | Rums Diary |
| GK Film | Silence |
| GK Film | Henry's Crime |
| GK Film | Arbitrage |
| Icon | How I Spend My Summer Vacation |
| Icon | Infestation |
| Icon | Triangle |
| Icon | Coriolanus |
| Icon | Temptest |
| Icon | The Passion of the Christ |
| Icon | Until the End of the World |
| Icon | K2 |
| Icon | The Man Without A Face |
| Icon | My Family |
| Icon | Immortal Beloved |
| Icon | Into the West |
| Icon | 187 |
| Icon | The Mad Monkey |
| Icon | Fairy Tale: A True Story |
| Icon | Shadow Run |
| Icon | Stormy Monday |

28

| | |
|---|---|
| Icon | Jane Eyre |
| Icon | An Ideal Husband |
| Icon | The Million Dollar Hotel |
| Icon | Larger Than Life |
| Icon | Bullet |
| Icon | Red Letters |
| Icon | Hamlet |
| Icon | American Cousins |
| Icon | Blackball |
| Icon | The Loveless |
| Icon | The Stage Beauty |
| Icon | Hunger |
| Icon | Romance & Cigarettes |
| Icon | What Women Want (Available 2013) |
| Icon | Bless the Child ( Available 2013) |
| Icon | The Brave |
| Icon | The Reckoning |
| Icon | The Singing Detective |
| IM Global | Bunraku |
| IM Global | Teardrop |
| IM Global | Paranormal Activities |
| IM Global | After Life |
| IM Global | Fingerprints |
| IM Global | Bustin' Down the Door |
| IM Global | The Company Men |
| IM Global | Bitch Slap |
| IM Global | Dare |
| IM Global | Mercy |
| IM Global | 44 Inch Chest |
| IM Global | Blink |
| IM Global | Single Man |
| IM Global | Devil's Teeth |
| IM Global | 2001 Maniacs |
| IM Global | Skyline |
| IM Global | Insidious |
| IM Global | Prowl |
| IM Global | Husk |
| IM Global | Task |
| IM Global | Fertile Ground |
| IM Global | Seconds Apart |
| IM Global | Re-Kill |

LA 130,528,836  v 1

| | |
|---|---|
| IM Global | Screaming of the Banshee |
| IM Global | 51 |
| IM Global | St Vincent |
| IM Global | Protection |
| IM Global | Safe |
| IM Global | Factory |
| IM Global | Vanishing on 7th Street |
| IM Global | Isolation |
| IM Global | Kites |
| IM Global | Kites: Brett Ratner Remix |
| | |
| IM Global | Paranormal Activity 2 Tokyo Nights |
| IM Global | Everything Must Go |
| IM Global | The Bay |
| IM Global | 3 Idiots |
| IM Global | Aashayein |
| IM Global | Walking With Dinosaurs |
| IM Global | Life |
| IM Global | Elite Squad 2 |
| IM Global | Woman VS. Men (Femme Contro Maschi) |
| IM Global | Men VS. Woman ( Maschi Contro Femme) |
| IM Global | My Name Is Bruce |
| IM Global | Deep In The Valley |
| IM Global | The End |
| IM Global | Head Shot |
| IM Global | Lords of Salem |
| IM Global | W.E. |
| IM Global | Red State |
| IM Global | Jesus Henry Christ |
| IM Global | Last Days of American Crime |
| IM Global | 6 x Bollywood Movies_1 |
| IM Global | 6 x Bollywood Movies_2 |
| IM Global | 6 x Bollywood Movies_3 |
| IM Global | 6 x Bollywood Movies_4 |
| IM Global | 6 x Bollywood Movies_5 |
| IM Global | 6 x Bollywood Movies_6 |
| IM Global | Botched |
| IM Global | Dead and Gone |
| IM Global | Black Dynamite |
| IM Global | Teenage Paparazzo |
| Inferno | The Lost City of Z |
| Inferno | Rosewood |

30

| | | |
|---|---|---|
| 1 | Kathy Morgan | Snow Flower and The Secret Fan |
| | Kimmel | An Invisible Sign |
| 2 | Kimmel | Synecdoche New York |
| 3 | Kimmel | Don't Look Up |
| | Kimmel | Management |
| 4 | Kimmel | Sympathy for delicious |
| 5 | Kimmel | Bootcamp |
| | Kimmel | Motherhood |
| 6 | Kimmel | The Greatest |
| 7 | Kimmel | Unthinkable |
| | Kimmel | Trust |
| 8 | Kinology | My Own Love Song |
| 9 | Kinology | Emergo |
| | Kinology | Cosmopolis |
| 10 | Kinology | Sarah's Key |
| 11 | Lakeshore | Crank 2 |
| | Lakeshore | Hot Tub with 5 library titles |
| 12 | Lakeshore | Hot Tub library title_1 |
| 13 | Lakeshore | Hot Tub library title_2 |
| | Lakeshore | Hot Tub library title_3 |
| 14 | Lakeshore | Hot Tub library title_4 |
| 15 | Lakeshore | Hot Tub library title_5 |
| | Lakeshore | Hellraiser 1 |
| 16 | Lakeshore | Hellraiser 2 |
| 17 | Lakeshore | Hellraiser 3 |
| | Lakeshore | Still Breathing |
| 18 | Lakeshore | Till There Was You |
| 19 | Lakeshore | One for the Money |
| | Lakeshore | Adeline |
| 20 | Lakeshore | Lincoln Lawyer |
| 21 | Lakeshore | 200 Cigarettes |
| | Lakeshore | Arlington Road |
| 22 | Lakeshore | Autumn In New York |
| 23 | Lakeshore | Beyond The Sea |
| | Lakeshore | Black Moon Rising |
| 24 | Lakeshore | Children Of The Corn |
| 25 | Lakeshore | Children Of The Corn Ii |
| | Lakeshore | Children Of The Corn Iii |
| 26 | Lakeshore | Creepshow 2 |
| 27 | Lakeshore | Dead Heat |
| | Lakeshore | Female Perversions |
| 28 | Lakeshore | Girls Just Wanna Have Fun |

| | |
|---|---|
| Lakeshore | Going All The Way |
| Lakeshore | Halflight |
| Lakeshore | Heathers |
| Lakeshore | Human Stain |
| Lakeshore | Just A Kiss |
| Lakeshore | Manny & Lo |
| Lakeshore | Murder In Mind |
| Lakeshore | Next Best Thing |
| Lakeshore | Passion Of Mind |
| Lakeshore | Philadelphia Experiment |
| Lakeshore | Phoenix |
| Lakeshore | Real Blonde |
| Lakeshore | Runaway Bride |
| Lakeshore | Transylvania 6-5000 |
| Lakeshore | Tuff Turf |
| Lakeshore | Under Suspicion |
| Lakeshore | Wanted Dead Or Alive |
| Lakeshore | Mothman Prophesies |
| Lakeshore | Gift |
| Lionsgate | The 4th Kind |
| Lionsgate | The New Daughter |
| Lionsgate | Drag Me to Hell |
| Lionsgate | Peacock |
| Lionsgate | Killers |
| Lionsgate | Blitz |
| Lionsgate | Warriors |
| Lionsgate | More Than A Game |
| Lionsgate | Baster |
| Lionsgate | Whip it |
| Lionsgate | Untitled Seth Rogan |
| Lionsgate | Beer for My Horses |
| Lionsgate | Fido |
| Lionsgate | Still Waiting |
| Lionsgate | Five Fingers |
| Lionsgate | Kick Ass |
| Lionsgate | Next 3 Days |
| Lionsgate | Good Guy |
| Lionsgate | Shrink |
| Lionsgate | Cabin Fever 2 |
| Lionsgate | Over Her Dead Body |
| Lionsgate | Man Who Stare At Goats |
| Lionsgate | LOL |

| | |
|---|---|
| Lionsgate | Chronicles of Riddick |
| Lionsgate | Happily Never After 2 |
| Lionsgate | Machine Gun Preacher |
| Lionsgate | Abduction |
| Lionsgate | Postdamer Platz |
| Lionsgate | White Jazz |
| Lionsgate | Charlie Countryman |
| Lionsgate | Salmon Fishing in The Yemen |
| Lionsgate | ATM |
| Lionsgate | Alpha and Omega |
| Lionsgate | Why Did I Get Married |
| Lionsgate | Why Did I Get Married Too |
| Lionsgate | Facing Ali |
| Lionsgate | For Colored Girls |
| Lionsgate | Marvel 5-8 |
| Lionsgate | Mad Men Season 3 |
| Lionsgate | Mad Men Season 4 |
| Lionsgate | Crash Season 2 |
| Lionsgate | Nurse Jackie Season 1 |
| Lionsgate | Nurse Jackie Season 2 |
| Lionsgate | Nurse Jackie Season 3 |
| Lionsgate | Hunger Games |
| Lionsgate | Dibbuk Box |
| Lionsgate | We The Peoples |
| Lionsgate | Silent Hill 2/3D |
| Lionsgate | The Last Stand |
| Lionsgate | Cobu 3D |
| Lionsgate | Bff and Baby |
| Lionsgate | Pawn Shop |
| Lionsgate | Host House |
| Lionsgate | King James Bible |
| Lionsgate | Married in a Year |
| Lionsgate | Sex Lies and Death |
| Lionsgate | Crimes of Passion |
| Lionsgate | Dark Seduction |
| Lionsgate | Halloween II |
| Lionsgate | Halloween III: Season of the Witch |
| Lionsgate | Book of Shadows : Blair Witch II |
| Lionsgate | Cube 2 |
| Lionsgate | Stir of Echos |
| Lionsgate | Permanent Midnight |
| Lionsgate | Nowhere to Hide |

LA 130,528,836  v 1

| | |
|---|---|
| Lionsgate | The Arrival |
| Lionsgate | Blue Steel |
| Lionsgate | The Dead Zone |
| Lionsgate | Amityville II |
| Lionsgate | Amityville III |
| Lionsgate | Deadfall |
| Lionsgate | The Blood Oranges |
| Lionsgate | Delta Farce |
| Lionsgate | Dentist |
| Lionsgate | Dentist 2 |
| Lionsgate | Attraction |
| Lionsgate | Hamburger Hill |
| Lionsgate | Baffalo 66 |
| Lionsgate | Into The Sun |
| Lionsgate | KickBoxer |
| Lionsgate | Blood Guts Bullets and Octain |
| Lionsgate | The Lost City |
| Lionsgate | Love & A .45 |
| Lionsgate | Ninth Gate |
| Lionsgate | Liquid Bridge |
| Lionsgate | Wishmaster |
| Lionsgate | Wishmaster 2 |
| Lionsgate | Liberty Stands Still |
| Lionsgate | Washington Square |
| Lionsgate | Waiting |
| Lionsgate | Made |
| Lionsgate | Return of the Living Dead III |
| Lionsgate | Rhapsody in August |
| Lionsgate | Princess Bride |
| Lionsgate | See No Evil |
| Lionsgate | Shadow of the Vampire |
| Lionsgate | Sniper |
| Lionsgate | Silent Night, Deadly Night 3: Better Watch Out! |
| Lionsgate | Silent Night, Deadly Night 4: Initiation |
| Lionsgate | Silent Night, Deadly Night 5: The Toy Maker |
| Lionsgate | Solstice |
| Lionsgate | Amores Perros |
| Lionsgate | Class of 1999 |
| Lionsgate | Comic Book Villains |
| Lionsgate | Cord |
| Lionsgate | Crosswolds |
| Lionsgate | The Delivery |

34

| | |
|---|---|
| Lionsgate | The Eternal |
| Lionsgate | Hong Kong 97 |
| Lionsgate | Leprechaun 1 |
| Lionsgate | Leprechaun 2 |
| Lionsgate | Leprechaun 3 |
| Lionsgate | Leprechaun 4 |
| Lionsgate | Leprechaun 5 |
| Lionsgate | Night Eye 1 |
| Lionsgate | Night Eye 2 |
| Lionsgate | Novocaine |
| Lionsgate | The Other Side of the Bed |
| Lionsgate | One Tough Basterds |
| Lionsgate | Paperhouse |
| Lionsgate | Pride |
| Lionsgate | Promised Land |
| Lionsgate | Prisoner of Love |
| Lionsgate | Ragtime |
| Lionsgate | The Arrival II |
| Lionsgate | Soul Survivors |
| Lionsgate | The Substitute 2 |
| Lionsgate | The Substitute 3 |
| Lionsgate | The Substitute 4 |
| Lionsgate | True Crime Resale |
| Lionsgate | Suicide Kings |
| Lionsgate | U.S vs. John Lennon |
| Lionsgate | Waxwork |
| Lionsgate | Warlock 2 |
| Lionsgate | Warlock 3 |
| Lionsgate | Witless Protection |
| Lionsgate | Young Guns |
| Lionsgate | The Prince & Me 2: The Royal Wedding |
| Lionsgate | SAW |
| Lionsgate | Crank |
| Lionsgate | The Blair Witch Project |
| Lionsgate | Dune |
| Lionsgate | Reservoir Dogs |
| Lionsgate | The Limey |
| Lionsgate | Monster's Ball |
| Lionsgate | Requiem for a Dream |
| Lionsgate | The Substitute 1 |
| Lionsgate | The Way of the Gun |
| Lionsgate | Dirty Dancing |

35

| | |
|---|---|
| Lionsgate | Cube |
| Lionsgate | Center of the World |
| Lionsgate | Shivers |
| Lionsgate | Pi |
| Lionsgate | Mr.Brooks |
| Lionsgate | Messenger 2 |
| Lionsgate | Grudge 3 |
| Lionsgate | Boogieman 3 |
| Lionsgate | College |
| Lionsgate | Kill theory |
| Lionsgate | Mad Men Season 1 (TV Series) |
| Lionsgate | Mad Men Season 2 (TV Series) |
| Lionsgate | Crash (TV Series) |
| Lionsgate | Fear Itself (TV Series) |
| Lionsgate | Kill Point (TV Series) |
| Lionsgate | The Dresden Files (TV Series) |
| Lionsgate | Employee of the month |
| Lionsgate | The Lost City |
| Lionsgate | Neverwas |
| Lionsgate | New France/ Battle of the Brave |
| Lionsgate | Stirs of Echoes 2: The Homecoming |
| Lionsgate | Skinwalkers |
| Lionsgate | The Devils Rejects |
| Lionsgate | Hard Candy |
| Lionsgate | Ripley Under Ground |
| Lionsgate | Right at your door |
| Lionsgate | Hidden Palms |
| Lionsgate | Scream Queens |
| Lionsgate | Wildfire Season 1 |
| Lionsgate | Wildfire Season 2 |
| Lionsgate | Wildfire Season 3 |
| Lionsgate | Wildfire Season 4 |
| Lionsgate | Frankenstein |
| Lionsgate | Dream Me A Murder |
| Lionsgate | Three Wise Guys |
| Lionsgate | A Friend of the Family |
| Miramax | 54 |
| Miramax | Adventureland |
| Miramax | Amityville Horror |
| Miramax | Arabian Knight (Thief and the cobbler) |
| Miramax | Avalon |
| Miramax | B.Monkey |

36

| | |
|---|---|
| Miramax | Backstage |
| Miramax | Beautiful Girls |
| Miramax | Big One |
| Miramax | Blue In The Face |
| Miramax | Bounce |
| Miramax | Boy In The Striped Pajamas |
| Miramax | Boys And Girls (Dimension Films) |
| Miramax | Castle |
| Miramax | Chasing Amy |
| Miramax | Children Of Heaven |
| Miramax | Children Of  The Corn 666: Isaac's Return |
| Miramax | Children Of  The Corn IV: The Gathering |
| Miramax | Children Of  The Corn V: Fields Of Terror |
| Miramax | Children Of  The Corn VII: Revelation |
| Miramax | Chocolat |
| Miramax | Cider House Rules |
| Miramax | Citizen Ruth |
| Miramax | Clerks |
| Miramax | Clerks (Series) |
| Miramax | Clerks (YR 1 1999/00 EPS 1-6) |
| Miramax | Cold Mountain |
| Miramax | Comedian |
| Miramax | Cop land |
| Miramax | COSI |
| Miramax | Crossing Guard |
| Miramax | Crow2, The City of Angles |
| Miramax | Crude Oasis |
| Miramax | Curandero |
| Miramax | Curdled |
| Miramax | Cursed |
| Miramax | Daltry Calhoun |
| Miramax | Dear Frankie |
| Miramax | Dirty Dancing:Havana Nights(Dirty Dancing2) |
| Miramax | Don't Be A Menace To South Central While Drinking Your Juice In The Hood |
| Miramax | Doubt |
| Miramax | Down To You |
| Miramax | DrunkenTai Chi |
| Miramax | Elephant Juice |
| Miramax | Emma |
| Miramax | English Patient |
| Miramax | Englishman Who Went Up A Hall,But Came Down.. |

37

| | |
|---|---|
| Miramax | Esposados |
| Miramax | Everest |
| Miramax | Everybody's Fine |
| Miramax | Faculty (Dimension) |
| Miramax | Faithful |
| Miramax | Feast |
| Miramax | Federal Hill |
| Miramax | Final Encounter (For The Cause) |
| Miramax | Finding Neverland |
| Miramax | Flirting With Disaster |
| Miramax | Four Rooms |
| Miramax | Frank Miller's Sin City:Recut, Extended,Unrated |
| Miramax | Fresh |
| Miramax | From Dusk Till Dawn |
| Miramax | From Dusk Till Dawn 2: Texas Blood Money |
| Miramax | From Dusk Till Dawn 3: Hangman's Daughter |
| Miramax | Full Tilt Boogie |
| Miramax | Get Bruce! |
| Miramax | Get Over It |
| Miramax | Glory Days (Series) |
| Miramax | God Said,Ha! |
| Miramax | Gone Baby Gone |
| Miramax | Good Will Hunting |
| Miramax | Great Raid |
| Miramax | Halloween VI: The Curse Of Michael Meyers |
| Miramax | Halloween: H20 |
| Miramax | Hamlet (2000, Miramax) |
| Miramax | Happy,Texas |
| Miramax | Hav Plenty |
| Miramax | Haven (2001) |
| Miramax | Heaven (1999) |
| Miramax | Heavenly Creatures |
| Miramax | Highlander: Endgame ( Highlander 4) |
| Miramax | Hollywoodland |
| Miramax | Holy Smoke |
| Miramax | I'm Crazy About Iris Blond |
| Miramax | In Too Deep |
| Miramax | Invincible (2001) |
| Miramax | Jackie Brown |
| Miramax | Journey Of August King |
| Miramax | Just Another Girl On The I.R.T |
| Miramax | Keeping Up With The Steins |

38

| | | |
|---|---|---|
| Miramax | Kinky Boots |
| Miramax | Lie Down With Dogs |
| Miramax | Life Is Beautiful-1998 ( La Vita E Bella) |
| Miramax | Life With Judy Garland: Me And My Shadows |
| Miramax | Little Voice ( Rise And Fall) |
| Miramax | Lookout |
| Miramax | Marvin's Room |
| Miramax | Mighty |
| Miramax | Mimic |
| Miramax | Mimic ( Director's Cut) |
| Miramax | Month By The Lake |
| Miramax | Monther's Boys |
| Miramax | Mrs. Parker And The Vicious Circle |
| Miramax | Music Of The Heart (50 Violins) |
| Miramax | Musicality |
| Miramax | My Baby's Daddy |
| Miramax | My Life So Far |
| Miramax | Naqoyqatsi |
| Miramax | Neon Bible |
| Miramax | Next Stop Wonderland |
| Miramax | Night We never Met |
| Miramax | Nightwatch |
| Miramax | Office Killer |
| Miramax | Only The Strong Surive |
| Miramax | Outside Providence |
| Miramax | Pallbearer |
| Miramax | Phantoms |
| Miramax | Picture Bride |
| Miramax | Price Above Rubies |
| Miramax | Project Greenlight (Series) |
| Miramax | Project Runway (YR 1 2004/05 EPS1-11) |
| Miramax | Proof |
| Miramax | Prophecy 4 ( Prophecy: Uprising) |
| Miramax | Prophecy 5 : Forsaken |
| Miramax | Prophecy II (Ashtown) |
| Miramax | Pulp Fiction |
| Miramax | Rampage |
| Miramax | Raymond Briggs: Bear |
| Miramax | Ready To Wear |
| Miramax | Reel Paradise |
| Miramax | Reindeer Games (Deception) |
| Miramax | Restoration |

39

| | |
|---|---|
| Miramax | Rhyme & Reason |
| Miramax | Ride |
| Miramax | Robinson Crusoe (Daniel Defoe's) |
| Miramax | Rounders |
| Miramax | Scary Movie |
| Miramax | Scary Movie 3.5 Unrated Version |
| Miramax | Scream |
| Miramax | Scream 2 |
| Miramax | Scream 3 |
| Miramax | Secuestro Express |
| Miramax | Senseless |
| Miramax | Shall We Dance? (2004) |
| Miramax | She's All That |
| Miramax | Sin City (Frank Miller's Sin City) |
| Miramax | Since You've Been Gone |
| Miramax | Sling Blade |
| Miramax | Smoke (Miramax) |
| Miramax | Snowball Effect: The Making Of Clerks |
| Miramax | Speakeasy |
| Miramax | Squeeze (Robert Patton-Spruill's Squeeze) |
| Miramax | Starsky & Hutch |
| Miramax | Substance Of Fire |
| Miramax | Swingers |
| Miramax | Talented Mr.Ripley |
| Miramax | Talk Of Angles |
| Miramax | Teaching Mrs.Tingle |
| Miramax | There Will Be Blood |
| Miramax | The Spian X (2003) |
| Miramax | Things To Do In Denver When You're Dead |
| Miramax | Three Amigos |
| Miramax | Total Recall 2070 |
| Miramax | Underclassman |
| Miramax | Unzipped |
| Miramax | Venom |
| Miramax | Warrior |
| Miramax | Wasteland (YR 1 1999/00 EPS 01-13) |
| Miramax | Wes Craven Presents: Dracula 2000 |
| Miramax | When Billie Beat Bobby |
| Miramax | Wide Awake |
| Miramax | Wings Of the Dove |
| Miramax | Wishful Thinking |
| Miramax | Wrinkle In Time |

40

| | |
|---|---|
| Miramax | Yards |
| Miramax | Malena |
| Miramax | Spy Kids |
| Miramax | Scary Movie 2 |
| Miramax | Battle Of Shaker Heights |
| Miramax | Heartlands |
| Miramax | La Seconda Moglie |
| Miramax | Mimic: Sentinel |
| Miramax | Ovosodo |
| Miramax | Scary Movie 3 |
| Miramax | Spy Kids 3-D: Game Over |
| Miramax | Viola Bacia Tutti |
| Miramax | Wes Craven Presents Dracula II: Ascension |
| Miramax | Prophecy 3:The Ascent |
| Miramax | Committed |
| Miramax | Shaolin Soccer (Kung Fu Soccer/Siu Lam Juk Kau) |
| Miramax | Jay And Silent Bob Strike Back |
| Miramax | Serendipity |
| Miramax | O (Othello) |
| Miramax | Hellraiser V: Inferno |
| Miramax | Texas Rangers |
| Miramax | Kate And Leopold |
| Miramax | Impostor |
| Miramax | Birthday Girl |
| Miramax | Shipping News |
| Miramax | Opposite Sex |
| Miramax | Behind The Sun |
| Miramax | Mimic 2 |
| Miramax | Hellraiser VII: Deader |
| Miramax | Mansfield Park |
| Miramax | Wes Craven Presents Dracula III: Legacy |
| Miramax | About Adam |
| Miramax | Hellraiser VIII: Hellworld |
| Miramax | Spy Kid2: The Island of Lost Dreams |
| Miramax | Four Feathers |
| Miramax | Stolen Summer |
| Miramax | Pinero |
| Miramax | Halloween: Resurrection (Halloween 8) |
| Miramax | Heaven (2002) |
| Miramax | Waking Up In Reno |
| Miramax | Equilibrium |
| Miramax | On The Line |

LA 130,528,836  v 1

| | |
|---|---|
| Miramax | Chicago |
| Miramax | Pinocchio(2002 Miramax) |
| Miramax | Confessions Of a Dangerous Mind |
| Miramax | Tadpole |
| Miramax | Frida |
| Miramax | Hours |
| Miramax | View From The Top |
| Miramax | Adventures of Tom Thumb and Thumbelina |
| Miramax | Hellraiser VI: Hellseeker |
| Miramax | OI! Get Off Our Train |
| Miramax | Paid In Full |
| Miramax | Blue Car |
| Miramax | Below |
| Miramax | Dirty Pretty Things |
| Miramax | Kill Bill:Volume 1 |
| Miramax | My Name Is Modesty |
| Miramax | Duplex |
| Miramax | My Boss's Daughter (Guest) |
| Miramax | Jersey Girl |
| Miramax | Ella Enchanted |
| Miramax | Kill Bill:Volume 2 |
| Miramax | Daddy and Them |
| Miramax | Brothers Grimm |
| Miramax | Full Frontal |
| Miramax | Osbournes,The- Season 2.5 |
| Miramax | Osbournes,The-The Second Season (Box Set) |
| Miramax | Snakes and Ladders |
| Miramax | Paul Mccartney:The Music&Animation Collection |
| Miramax | I Got The Hook-Up |
| Miramax | Titanica |
| Miramax | Osbournes,The-The First Season (Censored Box Set) |
| Miramax | Osbournes,The-The First Season (Uncensored Box Set) |
| Miramax | Mrs. Brown |
| Miramax | Detroit 9000 |
| Miramax | Kolya |
| Miramax | Hard Day's Night |
| Miramax | Norma Jean and Marilyn |
| Miramax | Basquiat |
| Miramax | Gordy |
| Miramax | Bionicle 3: Web of Shadows |
| Miramax | Bionicle 2: Legends of Metru Nui |
| Morgan Creek | Passengers |

| | |
|---|---|
| MPI | Hatchet 2 |
| MPI | Plauge Town |
| MPI | Stake Land |
| MPI | Bitter Feast |
| MPI | The House Of The Devil |
| Myriad | Uncertainty |
| Myriad | Woman in Trouble |
| Myriad | Elektra Luxx |
| Myriad | Birds Of America |
| Myriad | Serious Moonlight |
| Myriad | Factory Girl |
| Myriad | Jack and Jill vs.the world |
| Myriad | 10 Items or Less |
| Myriad | Dark Matter |
| Myriad | Take |
| Myriad | Imagining Argentina |
| Myriad | Killing Me Softly |
| Myriad | Little Fish |
| Myriad | Trauma |
| Myriad | We Don't Live Here Anymore |
| Myriad | All Hat |
| Myriad | Double Whammy |
| Myriad | Tangled |
| Myriad | 30 Days Until I'm Famous |
| Myriad | Van Wilder |
| Myriad | Education of Charlie Banks |
| New Films | Grand Theft Parsons |
| New Films | Caffeine |
| New Films | Game 6 |
| New Films | Living and Dying |
| New Films | Marie and Bruce |
| New Films | Missing in America |
| New Films | Southern Belles |
| New Films | Steel City |
| New Films | Turning Green |
| New Films | Fall Down Dead |
| New Films | FATWA |
| New Films | The Attic |
| New Films | Confess |
| New Films | killing Down |
| New Films | The Prodigy |
| New Films | The Alphabet killer |

43

| | |
|---|---|
| Nu Image | Brooklyn's Finest |
| Nu Image | Journey to the End of the Night |
| Nu Image | Bad Lieutenant |
| Nu Image | Red Sonja |
| Nu Image | Fire and Water |
| Nu Image | Expandable |
| Nu Image | Train |
| Nu Image | Leaves of Grass |
| Nu Image | Ninja |
| Nu Image | Inventory |
| Nu Image | Mechanic |
| Nu Image | Bangkok 8 |
| Nu Image | Day of the Dead |
| Nu Image | Lies and Illusions |
| Nu Image | Stone |
| Nu Image | vid 1 |
| Nu Image | vid 2 |
| Nu Image | Trust |
| Nu Image | Kane and Lynch |
| Nu Image | Son of No One |
| Nu Image | Conan |
| Nu Image | Volcano |
| Nu Image | Iceman |
| Nu Image | Trespass |
| Nu Image | Playing The Field |
| Nu Image | Medallion |
| Nu Image | The Big Wedding |
| Nu Image | The Paperboy |
| Nu Image | Texas Chainsaw Massacre 3D |
| Nu Image | Expendables 2 |
| Nu Image | Drive Angry 3D |
| Nu Image | 88 Minutes |
| Nu Image | The Code |
| Nu Image | Cleaner |
| Odd Lot | Open Road |
| Odd Lot | Bottle Shock |
| Odd Lot | Good |
| Odd Lot | Rabbit Hole |
| Odd Lot | B-Girl |
| Odd Lot | Undead or Alive |
| Odd Lot | Living Hell |
| Odd Lot | Buried Alive |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LA 130,528,836  v 1

| | |
|---|---|
| Paramount Vantage | Carriers |
| Paramount Vantage | Ondine |
| Paramount Vantage | Nothing Like the Holidays |
| Paramount Vantage | The Crazies |
| Paramount Vantage | Traitor |
| Pathe | The Duchess |
| Pathe | Bright Star |
| Pathe | Centurion |
| Pathe | This Must Be the Place |
| Pathe | Miral |
| Pathe | Tresor |
| Pathe | Tormented |
| Pathe | Iron Lady |
| Pathe | My Worst Nightmare |
| Pathe | Africa United |
| Pathe | Oceans |
| Pathe | Don't Be Afraid of The Dark |
| Pathe | Switch |
| Protagonist | Bel Ami |
| Protagonist | Wild Target |
| Protagonist | Monsters |
| Protagonist | Submarine |
| Protagonist | Deep Blue Sea |
| QED | Smart People |
| QED | Girl in the Park |
| QED | Lucky Ones |
| Relativity | Dear John |
| Relativity | My Soul to Take |
| Relativity | Untitled Farrelly Comedy |
| Relativity | Season Of The Witch |
| Relativity | Snow White |
| Relativity | Limitless |
| Relativity | Haywire |
| Relativity | Immortals |
| Relativity | Spy Next Door |
| Relativity | Dear John |
| Relativity | Season Of the Witch |
| Relativity | The Fighter |
| Sierra | Passion Play |
| Sierra | Paperman |
| Sierra | Catch 44 |
| Sierra | Big Fan |

LA 130,528,836  v 1

| | |
|---|---|
| Sierra | Rampart |
| Sierra | Darling Companion |
| Sierra | Catfish |
| Sierra | Enders Game |
| Sierra | The Place Beyond The Pines |
| Sierra | Parker |
| Studio Canal | Chloe |
| Studio Canal | The Other Woman |
| Studio Canal | And Soon the Darkness |
| Studio Canal | And Soon The Darkness |
| Studio Canal | The Other Woman |
| Studio Canal | Carlos |
| Summit | Pandorum |
| Summit | The Tree of Life |
| Summit | Bandslam |
| Summit | Red |
| Summit | Pope Joan |
| Summit | Barria |
| Summit | The Beaver |
| Summit | Larry Crowne |
| Summit | Ghost Writer |
| Summit | The Gardener |
| Summit | The Impossible |
| Summit | The Cold Day Of Light |
| TF1 | I Come with the Rain |
| TF1 | Electric Mist |
| TF1 | Micmacs |
| TF1 | Pay off 1 |
| TF1 | Pay off 2 |
| TF1 | Female Agents |
| TF1 | In Their Sleep |
| TF1 | Alatriste |
| TF1 | Inside Ring |
| TF1 | Cross Fire |
| TF1 | Crime Insiders |
| TF1 | Take This Waltz |
| TF1 | Caged |
| TF1 | 288 Arletta Street |
| TF1 | Therese D |
| TF1 | Love Crime |
| TWC | Make it Happen |
| TWC | Grace is Gone |

46

| | |
|---|---|
| TWC | Halloween 2 |
| TWC | Hellraiser |
| TWC | Death Proof |
| TWC | Planet Terror |
| TWC | Superhero |
| TWC | Elite Squad |
| TWC | Great Debater |
| TWC | Feast 2 |
| TWC | Feast 3 |
| TWC | Hell Ride |
| TWC | Promotion |
| TWC | Pulse 2 |
| TWC | Pulse 3 |
| TWC | Under the Same Moon |
| TWC | Scream 4 |
| TWC | All Good Things |
| TWC | Butter |
| TWC | The Reef |
| TWC | Extreme Movie |
| TWC | School For Scoundrels |
| TWC | I Don't Know How She Does It |
| TWC | My Week With Marilyn |
| TWC | Silver Linings Playbook |
| TWC | Riddle |
| TWC | What Love Is |
| TWC | Apollo 18 |
| Voltage | Personal Effects |
| Voltage | spread |
| Voltage | Blank Slate |
| Voltage | Mammoth |
| Voltage | Open Graves |
| Voltage | The Tripper |
| Voltage | Warbirds |
| Voltage | While She Was Out |
| Voltage | Face in The Crowd |
| Voltage | Mr. Nobody |
| Voltage | Game of Death |
| Voltage | A Dangerous Man |
| Voltage | Ruslin |
| Voltage | Keeper |
| Voltage | Survival of the Deal |
| Voltage | Once Fallen |

47

| | |
|---|---|
| Voltage | Born to Raise Hell |
| Voltage | Abandoned |
| Voltage | Conviction |
| Voltage | Generation Um |
| Voltage | Dead Heist |
| Voltage | Killer Joe |
| Voltage | Reasonable Bunch |
| Voltage | Ten Year |
| Voltage | Rites Of Passage |
| WestEnd Films | Albert Nobbs |
| WestEnd Films | Mother and Child |
| WestEnd Films | The Disappearance Of Alice Creed |
| WestEnd Films | Song Of Names |
| WestEnd Films | Bullets Over Broadway |
| WestEnd Films | Celebrity |
| WestEnd Films | Deconstructing Harry |
| WestEnd Films | Everyone Says I Love You |
| WestEnd Films | Mighty Aphrodite |
| WestEnd Films | Small Time Crooks |
| WestEnd Films | Sweet and Lowdown |
| WestEnd Films | Wild Man Blues |
| WestEnd Films | Anything Else |
| WestEnd Films | Curse of the Jade Scorpion |
| WestEnd Films | Hollywood Ending |
| WestEnd Films | City Island |
| WestEnd Films | Exodus |
| WestEnd Films | Nine Lives and the Secret |