1  **GREENBERG TRAURIG, LLP**
2  Vincent H. Chieffo (SBN 49069) chieffov@gtlaw.com
   Valerie W. Ho (SBN 200505) hov@gtlaw.com
3  Nina D. Boyajian (SBN 246415) boyajiann@gtlaw.com
   Matthew R. Gershman (SBN 253031) gershmanm@gtlaw.com
4  1840 Century Park East, Suite 1900
   Los Angeles, CA 90067-2121
5  Telephone: (310) 586-7700; Facsimile:  (310) 586-7800
6  Attorneys for Plaintiffs/Counterclaim Defendants
   CatchPlay Inc. (Cayman) and CatchPlay Inc. (Taiwan),
7  and Counterclaim Defendant CatchPlay Inc. (California)

8

9                    UNITED STATES DISTRICT COURT

10      CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

11

12  CATCHPLAY INC. (CAYMAN) and          CASE NO. CV 12-07525 GW (JCx)
    CATCHPLAY INC. (TAIWAN),
13                                       ~~[PROPOSED]~~ ORDER GRANTING
14          Plaintiffs,                  PLAINTIFFS' *EX PARTE*
                                         APPLICATION TO FILE UNDER
15  vs.                                  SEAL (1) UNREDACTED COPY OF
                                         PLAINTIFFS' REPLY IN SUPPORT
16  STUDIO SOLUTIONS GROUP, INC. and     OF *EX PARTE* APPLICATION FOR
    JOHNNY LIN,                          LEAVE TO FILE SUPPLEMENTAL
17                                       BRIEF AND DECLARATION RE:
18          Defendants.                  NEWLY DISCOVERED EVIDENCE
                                         CONCERNING PLAINTIFFS'
19  AND RELATED COUNTERCLAIMS            ATTACHMENT APPLICATION
                                         OVER THE ASSETS OF JOHNNY
20                                       LIN, AND (2) EXHIBIT J TO THE
                                         REPLY DECLARATION OF
21                                       VALERIE W. HO
22
23
24                                       Magistrate Judge:  Jacqueline Chooljian
                                         Complaint Filed:  August 31, 2012
25                                       Fact Discovery Cut-off:  August 23, 2013
26                                       Final Pretrial Conference:  Nov. 25, 2013
                                         Trial:  December 10, 2013
27
28

---

[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION TO FILE UNDER SEAL

1    The Court has considered Plaintiffs' *Ex Parte* Application for an Order to File
2  Under Seal (1) an unredacted copy of Plaintiffs' Reply in support of *Ex Parte*
3  Application for Leave to File Supplemental Brief and Declaration re: Newly Discovered
4  Evidence Concerning Plaintiffs' Attachment Application Over the Assets of Johnny Lin,
5  and (2) Exhibit J to the Reply Declaration of Valerie W. Ho.  Pursuant to the Stipulated
6  Protective Order in place in this action (Dkt. No. 135), and good cause appearing
7  therefor, Plaintiffs' Application is GRANTED in part.

8    Accordingly, an unredacted copy of Plaintiffs' Reply in support of *Ex Parte*
9  Application for Leave to File Supplemental Brief and Declaration re: Newly Discovered
10  Evidence Concerning Plaintiffs' Attachment Application Over the Assets of Johnny Lin
11  may be filed under seal by the clerk of the Court.

12    Exhibit J to the Declaration of Valerie W. Ho in support of Plaintiffs' Reply in
13  support of *Ex Parte* Application for Leave to File Supplemental Brief and Declaration re:
14  Newly Discovered Evidence Concerning Plaintiffs' Attachment Application Over the
15  Assets of Johnny Lin was improperly designated by defendants as "Highly Confidential –
16  Attorneys' Eyes Only," as it contains no trade secret information.  It is hereby ordered
17  that the confidentiality designation for Exhibit J be removed and that this document be
18  publicly filed.

19    IT IS SO ORDERED.
20
21
22
23  Dated:  7/28/13
24                                        Hon. Jacqueline Chooljian,
                                          Magistrate Judge
25
26
27
28
                                          1
_____
   [PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION TO FILE UNDER SEAL
LA 130995647v1