UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV12-7525-GW (JCx) | Date | September 3, 2013 |
|---|---|---|---|
| Title | CatchPlay, Inc., et al. v. Studio Solutions Group, Inc., et al. | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Hana Rashad | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| none | none |

**Proceedings:** ORDER (1) VACATING HEARING ON APPLICATION FOR WRIT OF ATTACHMENT AND RIGHT TO ATTACH ORDER (DOCKET NO. 265); AND (2) DIRECTING PARTIES TO FILE STATUS REPORT UPDATING COURT RE SETTLEMENT

    As counsel for all parties have advised the Clerk that this matter has settled and that the parties are in the process of finalizing and submitting the appropriate documentation regarding the same, the September 10, 2013 hearing on the Application for Writ of Attachment and Right to Attach Order (Docket No. 265) is vacated.

    By not later than September 10, 2013, the parties are directed to file a status report (which may be separate or joint) regarding settlement which shall not include any substantive settlement discussions, but which shall update the Court regarding the anticipated timing of the filing of final settlement documentation. The filing of final settlement documentation by September 10, 2013, will be deemed to constitute compliance with this order.

    IT IS SO ORDERED.

Initials of Clerk: hr